AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ARF CORPORATION

Plaintiff,

V.

NEVADA TRANSPORTATION AUTHORITY ET AL

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:12-cv-48-MMD-VPC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered for Defendant and against Plaintiff.

June 5, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Peggie Vannozzi

(By) Deputy Clerk